NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1221

PLAINVIEW AREA ASSOCIATION, INC., ET AL.

VERSUS

STATE OF LOUISIANA, ET AL.

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 48,239
HONORABLE ROBERT EDWARD BURGESS, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.

**TRANSFERRED.**

**James McCaleb Bookter**
**Attorney at Law**
**P. O. Box 94245**
**Baton Rouge, LA 70804**
**(225) 237-1336**
**Counsel for: Defendant/Appellant**
**State of Louisiana, Thru The DOTD**

**James Edward Hopkins**
**Attorney at Law**
**208 E. Napoleon St.**
**Sulphur, LA 70663**
**(337) 527-7071**
**Counsel for: Plaintiff/Appellee**
**Plainview Area Association, Inc.**